Jeffrey C. Matura, State Bar No. 019893
Amanda Taylor, State Bar No. 024006
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 215
Scottsdale, Arizona  85258
Telephone:  (602) 792-5705
Facsimile:  (602) 792-5710
jmatura@barrettmatura.com
ataylor@barrettmatura.com

Attorneys for Defendant Mount Lemmon Fire District

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| John Guido and Dennis Rankin,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mount Lemmon Fire District,<br><br>    Defendant. | Case No. 4:13-cv-00216-TUC-JAS<br><br>**NOTICE OF SETTLEMENT** |

Defendant Mount Lemmon Fire District, through its counsel, notifies the Court that the parties have reached a full settlement in this matter.  Defendant therefore requests that the Court cancel the telephonic status conference set for Thursday, March 19, 2020 at 11:00 a.m., as well as the trial scheduled to begin on April 21, 2020.

The parties will submit a stipulation to dismiss within the next 30 days, which will provide the parties with sufficient time to finalize the settlement and execute all necessary settlement documents.

Dated on March 16, 2020

                            BARRETT & MATURA, P.C.


                          By   /s/ Jeffrey C. Matura
                                Jeffrey C. Matura
                                Amanda J. Taylor
                                8925 East Pima Center Parkway, Ste 215
                                Scottsdale, Arizona 85258
                                Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Don Awerkamp
Shannon Giles
Awerkamp, Bonilla & Giles, PLC
6891 North Oracle Road, Suite 155
Tucson, Arizona 85704
Attorneys for Plaintiffs John Guido and
 Dennis Rankin


/s/ Susan Saville
Susan Saville