# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Guido, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Mount Lemmon Fire District,<br><br>　　　　Defendant. | **NO. CV-13-00216-TUC-JAS**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　Acting District Court Executive/Clerk of Court

April 16, 2020

　　　　　　　　　　　　　　　　　　s/ D. Curiel
　　　　　　　　　　　　　　　By　Deputy Clerk